FILED
CLERK, U.S. DISTRICT COURT
Oct 27, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: PMC DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMANDA ANDERSON, JASON SINGLETON, T.S. a minor, and K.S. a minor, by and through their Guardian Ad Litem, Dee Wayne Singleton<br>Plaintiffs<br>v.<br>COUNTY OF LOS ANGELES, LOS ANGELES DEPARTMENT OF CHILDREN AND FAMILY SERVICES, TARA ANDERSON, JANET JACKSON, LIZABETH BONNETT, MARC WILLIAMS, NORA SALINAS, NATALIE OSTER, VEALETTA RANKEN, LA SHAY BAKER, LIZA MUTIS, JUDY THOMAS, PILAR BROWN, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, DEPUTY JOHN M. DEMPSEY, DEPUTY DANA, DEPUTY ROBERT CLAUS, DETECTIVE RICHARD SIMMONS, and Does 1 through 10 Inclusive<br>Defendants. | CASE NO. 2:15-cv-05028 SVW (KLSx)<br>[Assigned to District Court Judge Stephen V. Wilson]<br><br>~~(Proposed)~~ ORDER ON JOINT MOTION FOR PLAINTIFFS TO FILE AMENDED COMPLAINT (PURSUANT TO Rule 15) AND TO VACATE DEFENDANTS MOTION TO DISMISS AND MOTION TO STRIKE COMPLAINT (Currently Set November 16, 2015, 1:30 p.m. COURTROOM: 6)<br><br>Complaint Filed: 7/2/15<br>Trial Date: None |

Having considered the parties Joint Motion for an Order for Plaintiffs to file a First Amended complaint by November 5, 2015 and to vacate Defendants' Motion to Dismiss and Motion to Strike Complaint currently scheduled for November 16, 2015; and good cause appearing:

IT IS HEREBY ORDERED THAT:

Plaintiffs shall file their First Amended Complaint by November 5, 2015 (pursuant to Rule 15) and Defendants' Motion to Dismiss and Motion to Strike hearing currently scheduled for November 16, 2015, at 1:30 p.m. in Courtroom 6 shall be vacated.

Dated: October 27, 2015

Hon. Stephen V. Wilson
United States District Judge

2

ORDER ON JOINT MOTION FOR ORDER TO FILE FIRST AMENDED COMPLAINT AND TO VACATE MOTION TO DISMISS AND MOTION TO STRIKE 2:15-cv-05028 SVW (KLSx)