1  **Tomas A. Guterres, Esq. (State Bar No. 152729)**
2  **Christie Bodnar Swiss, Esq. (State Bar No. 245151)**
   **Megan K. Lieber, Esq. (State Bar No. 272413)**
3  **COLLINS COLLINS MUIR + STEWART LLP**
4  **1100 El Centro Street**
   **South Pasadena, CA  91030**
5  **(626) 243-1100 – FAX (626) 243-1111**
   **Email:  tguterres@ccmslaw.com**
6  **Email:  cswiss@ccmslaw.com**
   **Email:  mlieber@ccmslaw.com**
7
8  Attorneys for Defendants,
9  COUNTY OF LOS ANGELES (erroneously sued as LOS ANGELES
   DEPARTMENT OF CHILDREN AND FAMILY SERVICES and LOS ANGELES
10 COUNTY SHERIFF'S DEPARTMENT); TARA ANDERSON; JANET JACKSON;
   LIZABETH BONETT (erroneously sued as LIZABETH BONNETT); NORA
11 SALINAS; VEALETTA RANKIN (erroneously sued as VEALETTA RANKEN); LA
12 SHEA BAKER (erroneously sued as LA SHAY BAKER); LIZA MUTIS; MARC
   WILLIAMS; NATALIE OSTER; JUDITH THOMAS (erroneously sued as JUDY
13 THOMAS); DEPUTY JOHN M. DEMPSEY; DEPUTY CHARLES DANA
14 (erroneously sued as DEPUTY DANA); DEPUTY ROBERT CLAUS; and
   DETECTIVE RICHARD SIMMONS
15

16              **UNITED STATES DISTRICT COURT**

17              **CENTRAL DISTRICT OF CALIFORNIA**

18

19 AMANDA ANDERSON, JASON        ) CASE NO. 2:15-cv-05028-SVW(KLSx)
   SINGLETON, T.S. a minor, and K.S. a ) *[Assigned to Judge Stephen V. Wilson,*
20 minor, by and through their Guardian ) *Courtroom 6]*
   Ad Litem, Dee Wayne Singleton,   )
21                                  ) **ANSWER TO PLAINTIFFS' FIRST**
22            Plaintiffs,            ) **AMENDED COMPLAINT; DEMAND**
                                     ) **FOR JURY TRIAL**
23     vs.                          )
                                     )
24                                  )
   COUNTY OF LOS ANGELES, LOS       )
25 ANGELES DEPARTMENT OF            )
   CHILDREN AND FAMILY             )
26 SERVICES, TARA ANDERSON,         ) **Complaint Filed:  7/2/15**
27 JANET JACKSON, LIZABETH          )
   BONNETT, MARC WILLIAMS,          ) **Trial Date:  None**
28                                  )

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax    (626) 243-1111

19301

1

**ANSWER TO FIRST AMENDED COMPLAINT**

1  NORA SALINAS, NATALIE OSTER, )
2  VEALETTA RANKEN, LA SHAY     )
3  BAKER, LIZA MUTIS, JUDY      )
   THOMAS, PILAR BROWN, LOS     )
4  ANGELES COUNTY SHERIFF'S     )
5  DEPARTMENT, DEPUTY JOHN M.   )
   DEMPSEY, DEPUTY DANA,        )
6  DEPUTY ROBERT CLAUS,         )
7  DETECTIVE RICHARD SIMMONS,   )
   and Does 1 through 10 Inclusive, )
8                               )
                Defendants.     )
9  _____ )

10

11       Defendants COUNTY OF LOS ANGELES (erroneously sued as LOS

12  ANGELES DEPARTMENT OF CHILDREN AND FAMILY SERVICES and LOS

13  ANGELES   COUNTY   SHERIFF'S   DEPARTMENT)   ("County");   TARA

14  ANDERSON; JANET JACKSON; LIZABETH BONETT (erroneously sued as

15  LIZABETH BONNETT); NORA SALINAS; VEALETTA RANKIN (erroneously

16  sued as VEALETTA RANKEN); LA SHEA BAKER (erroneously sued as LA SHAY

17  BAKER); LIZA MUTIS; MARC WILLIAMS; NATALIE OSTER; JUDITH

18  THOMAS (erroneously sued as JUDY THOMAS); DEPUTY JOHN M. DEMPSEY;

19  DEPUTY CHARLES DANA (erroneously sued as DEPUTY DANA); and DEPUTY

20  ROBERT   CLAUS   (collectively   "Defendants")   answer   Plaintiffs   AMANDA

21  ANDERSON, JASON SINGLETON, T.S., and K.S.' First Amended Complaint by

22  admitting, denying, and alleging as follows:

23       1.    Answering   paragraph   1   of   Plaintiffs'   First   Amended   Complaint,

24  Defendants are without sufficient knowledge or information to form a belief as to the

25  truth of the allegations contained in said paragraph, and on that basis deny each and

26  every allegation contained therein.

27       2.    Answering   paragraph   2   of   Plaintiffs'   First   Amended   Complaint,

28  Defendants are without sufficient knowledge or information to form a belief as to the

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax      (626) 243-1111

19301

2

**ANSWER TO FIRST AMENDED COMPLAINT**

truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

3. Answering paragraph 3 of Plaintiffs' First Amended Complaint, Defendants admit that County of Los Angeles is a public entity.

4. Answering paragraph 4 of Plaintiffs' First Amended Complaint, Defendants admit that the Los Angeles County Department of Children and Family Services (DCFS) was and is a subdivision or entity of the County of Los Angeles.

5. Answering paragraph 5 of Plaintiff's First Amended Complaint, Defendants admit that the named defendant was at all relevant times an employee of the County of Los Angeles.

6. Answering paragraph 6 of Plaintiff's First Amended Complaint, Defendants admit that the named defendant was at all relevant times an employee of the County of Los Angeles.

7. Answering paragraph 7 of Plaintiff's First Amended Complaint, Defendants admit that the named defendant was at all relevant times an employee of the County of Los Angeles.

8. Answering paragraph 8 of Plaintiff's First Amended Complaint, Defendants admit that the named defendant was at all relevant times an employee of the County of Los Angeles.

9. Answering paragraph 9 of Plaintiff's First Amended Complaint, Defendants admit that the named defendant was at all relevant times an employee of the County of Los Angeles.

10. Answering paragraph 10 of Plaintiff's First Amended Complaint, Defendants admit that the named defendant was at all relevant times an employee of the County of Los Angeles.

11. Answering paragraph 11 of Plaintiff's First Amended Complaint, Defendants admit that the named defendant was at all relevant times an employee of the County of Los Angeles.

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

19301

3

**ANSWER TO FIRST AMENDED COMPLAINT**

12. Answering paragraph 12 of Plaintiff's First Amended Complaint, Defendants admit that the named defendant was at all relevant times an employee of the County of Los Angeles.

13. Answering paragraph 13 of Plaintiff's First Amended Complaint, Defendants admit that the named defendant was at all relevant times an employee of the County of Los Angeles.

14. Answering paragraph 14 of Plaintiff's First Amended Complaint, Defendants admit that the named defendant was at all relevant times an employee of the County of Los Angeles.

15. Answering paragraph 15 of Plaintiff's First Amended Complaint, Defendants admit that the named defendant was at all relevant times an employee of the County of Los Angeles.

16. Answering paragraph 16 of Plaintiffs' First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

17. Answering paragraph 17 of Plaintiffs' First Amended Complaint, Defendants admit that the Los Angeles Sheriff's Department (LASD) was and is a subdivision or entity of the County of Los Angeles.

18. Answering paragraph 18 of Plaintiff's First Amended Complaint, Defendants admit that the named defendant was at all relevant times an employee of LASD.

19. Answering paragraph 19 of Plaintiff's First Amended Complaint, Defendants admit that the named defendant was at all relevant times an employee of LASD.

20. Answering paragraph 20 of Plaintiff's First Amended Complaint, Defendants admit that the named defendant was at all relevant times an employee of LASD.

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

19301

4

**ANSWER TO FIRST AMENDED COMPLAINT**

21.     Answering paragraph 21 of Plaintiff's First Amended Complaint, Defendants admit that the named defendant was at all relevant times an employee of LASD.

22.     Answering paragraph 22 of Plaintiffs' First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

23.     Answering paragraph 23 of Plaintiffs' First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

24.     Answering paragraph 24 of Plaintiffs' First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

25.     Answering paragraph 25 of Plaintiffs' First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

26.     Answering paragraph 26 of Plaintiffs' First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

27.     Answering paragraph 27 of Plaintiffs' First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

28.     Answering paragraph 28 of Plaintiffs' First Amended Complaint,

**ANSWER TO FIRST AMENDED COMPLAINT**

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax      (626) 243-1111

19301

Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

29.    Answering paragraph 29 of Plaintiffs' First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

30.    Answering paragraph 30 of Plaintiffs' First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

31.    Answering paragraph 31 of Plaintiffs' First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

32.    Answering paragraph 32 of Plaintiffs' First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

33.    Answering paragraph 33 of Plaintiffs' First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

34.    Answering paragraph 34 of Plaintiffs' First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

35.    Answering paragraph 35 of Plaintiffs' First Amended Complaint,

**Collins Collins**
**Muir + Stewart LLP**
1100 El Centro Street
So. Pasadena, CA 91030
Phone   (626) 243-1100
Fax       (626) 243-1111

19301

6

**ANSWER TO FIRST AMENDED COMPLAINT**

Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

36.     Answering paragraph 36 of Plaintiffs' First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

37.     Answering paragraph 37 of Plaintiffs' First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

38.     Answering paragraph 38 of Plaintiffs' First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

39.     Answering paragraph 39 of Plaintiffs' First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

40.     Answering paragraph 40 of Plaintiffs' First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

41.     Answering paragraph 41 of Plaintiffs' First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

42.     Answering paragraph 42 of Plaintiffs' First Amended Complaint,

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax     (626) 243-1111

19301

**ANSWER TO FIRST AMENDED COMPLAINT**

Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

43.     Answering paragraph 43 of Plaintiffs' First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

44.     Answering paragraph 44 of Plaintiffs' First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

45.     Answering paragraph 45 of Plaintiffs' First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

46.     Answering paragraph 46 of Plaintiffs' First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

47.     Answering paragraph 47 of Plaintiffs' First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

48.     Answering paragraph 48 of Plaintiffs' First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

49.     Answering paragraph 49 of Plaintiffs' First Amended Complaint,

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax     (626) 243-1111

19301

8

**ANSWER TO FIRST AMENDED COMPLAINT**

Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

50.    Answering paragraph 50 of Plaintiffs' First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

51.    Answering paragraph 51 of Plaintiffs' First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

52.    Answering paragraph 52 of Plaintiffs' First Amended Complaint, Defendants admit that an After-Hours Removal Order and Warrant Attachment was prepared on June 21, 2014.  As to the remaining allegations, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

53.    Answering paragraph 53 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

54.    Answering paragraph 54 of Plaintiffs' First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

55.    Answering paragraph 55 of Plaintiffs' First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

56.    Answering paragraph 56 of Plaintiffs' First Amended Complaint,

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax     (626) 243-1111

19301

**ANSWER TO FIRST AMENDED COMPLAINT**

Defendants admit that a Dependency Petition for A.R. and Brianna was filed on or about June 24, 2014. As to the remaining allegations, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

57. Answering paragraph 57 of Plaintiffs' First Amended Complaint, Defendants admit that Detention Reports for T.S. and K.S. were filed on or about June 24, 2014. As to the remaining allegations, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

58. Answering paragraph 58 of Plaintiffs' First Amended Complaint, Defendants admit that an Addendum Report concerning A.R. was filed on or about June 25, 2014. As to the remaining allegations, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

59. Answering paragraph 59 of Plaintiffs' First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

60. Answering paragraph 60 of Plaintiffs' First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

61. Answering paragraph 61 of Plaintiffs' First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

62. Answering paragraph 62 of Plaintiffs' First Amended Complaint,

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax  (626) 243-1111

19301

10

ANSWER TO FIRST AMENDED COMPLAINT

Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

63.     Answering paragraph 63 of Plaintiffs' First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

64.     Answering paragraph 64 of Plaintiffs' First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

65.     Answering paragraph 65 of Plaintiffs' First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

66.     Answering paragraph 66 of Plaintiffs' First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

67.     Answering paragraph 67 of Plaintiffs' First Amended Complaint, Defendants that a Progress Report was filed on or about July 24, 2014.  As to the remaining allegations, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

68.     Answering paragraph 68 of Plaintiffs' First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

19301

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax      (626) 243-1111

11

**ANSWER TO FIRST AMENDED COMPLAINT**

69.     Answering paragraph 69 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

70.     Answering paragraph 70 of Plaintiffs' First Amended Complaint, Defendants admit that a Jurisdiction/Disposition Report regarding T.S. was filed on or about August 1, 2014.   As to the remaining allegations, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

71.     Answering paragraph 71 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

72.     Answering paragraph 72 of Plaintiffs' First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

73.     Answering paragraph 73 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

74.     Answering paragraph 74 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

75.     Answering paragraph 75 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

76.     Answering paragraph 76 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

77.     Answering paragraph 77 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

78.     Answering paragraph 78 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

79.     Answering paragraph 79 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax    (626) 243-1111

19301

**ANSWER TO FIRST AMENDED COMPLAINT**

80.     Answering paragraph 80 of Plaintiffs' First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

81.     Answering paragraph 81 of Plaintiffs' First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

82.     Answering paragraph 82 of Plaintiffs' First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

83.     Answering paragraph 83 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

84.     Answering paragraph 84 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

85.     Answering paragraph 85 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

86.     Answering paragraph 86 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

87.     Answering paragraph 87 of Plaintiffs' First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

88.     Answering paragraph 88 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

89.     Answering paragraph 89 of Plaintiffs' First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax     (626) 243-1111

19301

**ANSWER TO FIRST AMENDED COMPLAINT**

truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

90.     Answering paragraph 90 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

91.     Answering paragraph 91 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

92.     Answering paragraph 92 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

93.     Answering paragraph 93 of Plaintiffs' First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

94.     Answering paragraph 94 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

95.     Answering paragraph 95 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

96.     Answering paragraph 96 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

97.     Answering paragraph 97 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

98.     Answering paragraph 98 of Plaintiffs' First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

99.     Answering paragraph 99 of Plaintiffs' First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

19301

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone   (626) 243-1100
Fax       (626) 243-1111

14

**ANSWER TO FIRST AMENDED COMPLAINT**

100. Answering paragraph 100 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

101. Answering paragraph 101 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

102. Answering paragraph 102 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

103. Answering paragraph 103 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

104. Answering paragraph 104 of Plaintiffs' First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

105. Answering paragraph 105 of Plaintiffs' First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

106. Answering paragraph 106 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

107. Answering paragraph 107 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

108. Answering paragraph 108 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

109. Answering paragraph 109 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

110. Answering paragraph 110 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

111. Answering paragraph 111 of Plaintiffs' First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the

**Collins Collins**
**Muir + Stewart LLP**
1100 El Centro Street
So. Pasadena, CA 91030
Phone   (626) 243-1100
Fax      (626) 243-1111

19301

15

**ANSWER TO FIRST AMENDED COMPLAINT**

truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

112. Answering paragraph 112 of Plaintiffs' First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

113. Answering paragraph 113 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

114. Answering paragraph 114 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

115. Answering paragraph 115 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

116. Answering paragraph 116 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

117. Answering paragraph 117 of Plaintiffs' First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

118. Answering paragraph 118 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

119. Answering paragraph 119 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

120. Answering paragraph 120 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

121. Answering paragraph 121 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

122. Answering paragraph 122 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone   (626) 243-1100
Fax       (626) 243-1111

19301

16

**ANSWER TO FIRST AMENDED COMPLAINT**

123. Answering paragraph 123 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

124. Answering paragraph 124 of Plaintiffs' First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

125. Answering paragraph 125 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

126. Answering paragraph 126 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

127. Answering paragraph 127 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

128. Answering paragraph 128 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

129. Answering paragraph 129 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

130. Answering paragraph 130 of Plaintiffs' First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

131. Answering paragraph 131 of Plaintiffs' First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

132. Answering paragraph 132 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

133. Answering paragraph 133 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax      (626) 243-1111

19301

**ANSWER TO FIRST AMENDED COMPLAINT**

134. Answering paragraph 134 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

135. Answering paragraph 135 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

136. Answering paragraph 136 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

137. Answering paragraph 137 of Plaintiffs' First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

138. Answering paragraph 138 of Plaintiffs' First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

139. Answering paragraph 139 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

140. Answering paragraph 140 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

141. Answering paragraph 141 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

142. Answering paragraph 142 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

143. Answering paragraph 143 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

144. Answering paragraph 144 of Plaintiffs' First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

**Collins Collins Muir + Stewart** LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone   (626) 243-1100
Fax      (626) 243-1111

145.   Answering paragraph 145 of Plaintiffs' First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

146.   Answering paragraph 146 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

147.   Answering paragraph 147 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

148.   Answering paragraph 148 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

149.   Answering paragraph 149 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

150.   Answering paragraph 150 of Plaintiffs' First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

151.   Answering paragraph 151 of Plaintiffs' First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

152.   Answering paragraph 152 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

153.   Answering paragraph 153 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

154.   Answering paragraph 154 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

155.   Answering paragraph 155 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

**ANSWER TO FIRST AMENDED COMPLAINT**

19301

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone   (626) 243-1100
Fax      (626) 243-1111

156.   Answering paragraph 156 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

157.   Answering paragraph 157 of Plaintiffs' First Amended Complaint, Defendants deny each and every allegation contained therein.

**AFFIRMATIVE DEFENSES**

**FIRST AFFIRMATIVE DEFENSE**

1.   Plaintiffs' First Amended Complaint fails to state a claim against Defendants upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

2.   Plaintiffs' First Amended Complaint fails to state a claim against Defendants upon which an award of damages can be based.

**THIRD AFFIRMATIVE DEFENSE**

3.   Plaintiffs' First Amended Complaint fails to state a cause of action against County under *Monell v. Department of Social Services for the City of New York*, 436 U.S. 658 (1978) because there can be no recovery for a federal civil rights violations where there is no constitutional deprivation caused by an expressly adopted official policy or longstanding practice or custom.

**FOURTH AFFIRMATIVE DEFENSE**

4.   Plaintiff' failed to mitigate or attempt to mitigate damages, therefore if in fact any damages have been sustained, any recovery by Plaintiffs should be diminished or barred.

**FIFTH AFFIRMATIVE DEFENSE**

5.   Plaintiffs' First Amended Complaint fails to set forth a cause of action because Defendants did not act pursuant to an official government policy that violated Plaintiffs' constitutionally protected rights.

**SIXTH AFFIRMATIVE DEFENSE**

6.   To the extent that Plaintiffs' First Amended Complaint raises procedural due process claims under 42 U.S.C. § 1983 et seq., Plaintiffs failed to exhaust the

**Collins Collins Muir + Stewart LLP**
1100 El Centro Street
So. Pasadena, CA 91030
Phone   (626) 243-1100
Fax       (626) 243-1111

19301

20

**ANSWER TO FIRST AMENDED COMPLAINT**

remedies available under state or administrative law as to some or all of the claims.

**SEVENTH AFFIRMATIVE DEFENSE**

7.    To the extent Plaintiffs' First Amended Complaint raises substantive due process claims under 42 U.S.C. § 1983 et seq., Plaintiffs fail to demonstrate or prove any arbitrary or capricious governmental action to sustain that claim.

**EIGHTH AFFIRMATIVE DEFENSE**

8.    Plaintiffs' First Amended Complaint fails to establish that any conduct on the part of Defendants deprived Plaintiffs of any right, privilege, or immunity secured by the U.S. Constitution.

**NINTH AFFIRMATIVE DEFENSE**

9.    Plaintiffs' First Amended Complaint fails to establish that any activity alleged to have caused the unconstitutional deprivation implements or executes a policy, statement, ordinance, regulation, or decision officially adopted and promulgated by County.

**TENTH AFFIRMATIVE DEFENSE**

10.    Plaintiffs' First Amended Complaint fails to establish that County had any policies or customs affecting any of the alleged acts giving rise to Plaintiffs' constitutional claims.

**ELEVENTH AFFIRMATIVE DEFENSE**

11.    Plaintiffs fail to establish a cause of action against County under 42 U.S.C. § 1983 because simple negligence does not constitute a violation of federal civil rights. *Parratt v. Taylor*, 451 U.S. 527 (1981).

**TWELFTH AFFIRMATIVE DEFENSE**

12.    The damages alleged were directly and proximately caused and contributed to by the negligence of other persons, and the extent of damages sustained, if any, should be reduced and proportioned to the amount of said negligence.

///

19301

**ANSWER TO FIRST AMENDED COMPLAINT**

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax    (626) 243-1111

**THIRTEENTH AFFIRMATIVE DEFENSE**

13.     Plaintiffs' First Amended Complaint, and each count thereof, fails to establish causation under color of statute, ordinance, regulation, custom, or usage.

**FOURTEENTH AFFIRMATIVE DEFENSE**

14.     Plaintiffs' injuries, if any, were caused by persons other than Defendants.

**FIFTEENTH AFFIRMATIVE DEFENSE**

15.     The conduct of Defendants alleged in Plaintiffs' First Amended Complaint is privileged and immune under federal and state law.

**SIXTEENTH AFFIRMATIVE DEFENSE**

16.     Plaintiffs' injuries, if any, are the result of their own negligence.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

17.     Defendants did not act with reckless disregard or deliberate indifference.

**EIGHTEENTH AFFIRMATIVE DEFENSE**

18.     A policy or custom of County cannot be established by one act.

**NINETEENTH AFFIRMATIVE DEFENSE**

19.     Plaintiffs were careless and negligent in and about the matters alleged in the First Amended Complaint.   That carelessness and negligence proximately contributed to the incident and to any injuries, loss, or damaged caused thereby. Accordingly, Plaintiffs' right to recover damages is correspondingly reduced.

**TWENTIETH AFFIRMATIVE DEFENSE**

20.     The acts complained of in the First Amended Complaint were not caused by any unconstitutional policy, custom, practice or procedure promulgated or tolerated by an official authorized under state law to enact County policy or procedure.

**TWENTY-FIRST AFFIRMATIVE DEFENSE**

21.     Neither a public entity nor a public employee is liable for any injury caused by the act or omission of another person.

**TWENTY-SECOND AFFIRMATIVE DEFENSE**

22.     County's agents and employees at all times acted reasonably, in good

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax      (626) 243-1111

19301

**ANSWER TO FIRST AMENDED COMPLAINT**

faith, and with the reasonable belief that their actions were valid and are therefore entitled to qualified immunity.

**TWENTY-THIRD AFFIRMATIVE DEFENSE**

23.    The doctrine of respondeat superior is not applicable to actions under 42 U.S.C. §1983.

**TWENTY-FOURTH AFFIRMATIVE DEFENSE**

24.    Plaintiffs' claims and requests for relief are barred, in whole or in part, by the doctrine of laches.

**TWENTY-FIFTH AFFIRMATIVE DEFENSE**

25.    Plaintiffs' claims and requests for relief are barred, in whole or in part, by the doctrine of unclean hands.

**TWENTY-SIXTH AFFIRMATIVE DEFENSE**

26.    Plaintiffs' claims and requests for relief are barred, in whole or in part, by the doctrine of estoppel.

**TWENTY-SEVENTH AFFIRMATIVE DEFENSE**

27.    Plaintiffs did not suffer any detriment or damages in any amount whatsoever.

**TWENTY-EIGHTH AFFIRMATIVE DEFENSE**

28.    To the extent that Plaintiffs suffered any detriment, such was unavoidable.

**TWENTY-NINTH AFFIRMATIVE DEFENSE**

29.    Defendants are not liable for damages proximately caused by the acts or omissions of third parties or Plaintiffs.

**THIRTIETH AFFIRMATIVE DEFENSE**

30.    Defendants were not the proximate cause of Plaintiffs' alleged deprivation of a constitutionally protected right, privilege, or immunity.

**THIRTY-FIRST AFFIRMATIVE DEFENSE**

31.    Any and all official conduct taken by Defendants was in good faith and

**Collins Collins**
**Muir + Stewart** LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax      (626) 243-1111

19301

23

**ANSWER TO FIRST AMENDED COMPLAINT**

without malicious intent to deprive Plaintiffs of their constitutional rights or to cause other injury.

**THIRTY-SECOND AFFIRMATIVE DEFENSE**

32.     There is no imputed liability between public officers in actions under the Federal Civil Rights Act.

**THIRTY-THIRD AFFIRMATIVE DEFENSE**

33.     Plaintiffs have failed to exhaust the appropriate federal, state, and/or local remedies.

**THIRTY-FOURTH AFFIRMATIVE DEFENSE**

34.     Defendants did not act in bad faith or with malicious intent.

**THIRTY-FIFTH AFFIRMATIVE DEFENSE**

35.     The doctrine of qualified immunity applies to discretionary actions of Defendants that did not clearly violate established statutory or constitutional rights of which a reasonable person would have known.

**THIRTY-SIXTH AFFIRMATIVE DEFENSE**

36.     Plaintiffs' First Amended Complaint fails to state a claim upon which an award of punitive damages can be based.

**THIRTY-SEVENTH AFFIRMATIVE DEFENSE**

37.     Plaintiffs have failed to comply with the claims filing requirements for actions against public entities.

**THIRTY-EIGHTH AFFIRMATIVE DEFENSE**

38.     The factual circumstances set forth in Plaintiffs' government claim do not correspond with the facts alleged in Plaintiffs' First Amended Complaint.  The First Amended Complaint thereby alleges a factual basis for recovery which is not fairly reflected in the written claim.

///

///

///

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone   (626) 243-1100
Fax       (626) 243-1111

19301

**ANSWER TO FIRST AMENDED COMPLAINT**

**THIRTY-NINTH AFFIRMATIVE DEFENSE**

39.     Without admitting liability, Defendants allege that the County of Los Angeles, a public entity, is not liable for the act or injury of an employee when the employee is immune from liability.

**FORTIETH AFFIRMATIVE DEFENSE**

40.     Without admitting liability, Defendants allege that the County of Los Angeles, a public entity, and its employees, are immune from liability for injury, whether caused by act or omission of the public entity, an employee thereof or any other person, except as expressly provided by statute.

**FORTY-FIRST AFFIRMATIVE DEFENSE**

41.     Without admitting liability, Defendants allege that the County of Los Angeles, a public entity, and its employees, are not liable for an injury caused by misrepresentation by an employee of the public entity, whether negligent or intentional.

**FORTY-SECOND AFFIRMATIVE DEFENSE**

42.     Defendants are immune under Government Code section 815.

**FORTY-THIRD AFFIRMATIVE DEFENSE**

43.     Defendants are immune under Government Code section 815.2.

**FORTY-FOURTH AFFIRMATIVE DEFENSE**

44.     Defendants are immune under Government Code section 815.3.

**FORTY-FIFTH AFFIRMATIVE DEFENSE**

45.     Defendants are immune under Government Code section 815.6.

**FORTY-SIXTH AFFIRMATIVE DEFENSE**

46.     Defendants are immune under Government Code section 818.

**FORTY-SEVENTH AFFIRMATIVE DEFENSE**

47.     Defendants are immune under Government Code section 818.2.

**FORTY-EIGHTH AFFIRMATIVE DEFENSE**

48.     Defendants are immune under Government Code section 818.8.

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax     (626) 243-1111

19301

25

ANSWER TO FIRST AMENDED COMPLAINT

**FORTY-NINTH AFFIRMATIVE DEFENSE**

49.    Defendants are immune under Government Code section 820.2.

**FIFTIETH AFFIRMATIVE DEFENSE**

50.    Defendants are immune under Government Code section 820.4.

**FIFTY-FIRST AFFIRMATIVE DEFENSE**

51.    Defendants are immune under Government Code section 820.6.

**FIFTH-SECOND AFFIRMATIVE DEFENSE**

52.    Defendants are immune under Government Code section 820.8.

**FIFTY-THIRD AFFIRMATIVE DEFENSE**

53.    Defendants are immune under Government Code section 821.

**FIFTY-FOURTH AFFIRMATIVE DEFENSE**

54.    Defendants are immune under Government Code section 821.4.

**FIFTY-FIFTH AFFIRMATIVE DEFENSE**

55.    Defendants are immune under Government Code section 821.6.

**FIFTY-SIXTH AFFIRMATIVE DEFENSE**

56.    Defendants are immune under Government Code section 822.2.

**FIFTY-SEVENTH AFFIRMATIVE DEFENSE**

57.    Defendants are immune under Civil Code section 47.

**FIFTY-EIGHTH AFFIRMATIVE DEFENSE**

58.    Defendants allege without admitting that fault that, any statements made about Plaintiffs were true.

**FIFTY-NINTH AFFIRMATIVE DEFENSE**

59.    Defendants allege that they are entitled to absolute immunity.

**SIXTIETH AFFIRMATIVE DEFENSE**

60.    Defendants allege that their actions were reasonable, proper, lawful, and authorized under Welfare and Institutions Code section 300 et seq.

///

///

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax    (626) 243-1111

19301

26

**ANSWER TO FIRST AMENDED COMPLAINT**

## SIXTY-FIRST AFFIRMATIVE DEFENSE

61.     Defendants allege that the First Amended Complaint is barred because Plaintiffs failed to exhaust their remedies under state law.

## SIXTY-SECOND AFFIRMATIVE DEFENSE

62.     Defendants allege that the First Amended Complaint is barred because Plaintiffs failed to exhaust their remedies under administrative law.

## SIXTY-THIRD AFFIRMATIVE DEFENSE

63.     Defendants cannot fully anticipate all affirmative defenses that may be applicable to this action based upon the conclusory and general terms used in the First Amended Complaint.  Accordingly, Defendants reserve the right to assert the additional defenses as applicable.

WHEREFORE, Defendants prays for judgment as follows:

1.     That Plaintiffs take nothing by this action;

2.     That the action be dismissed;

3.     That Defendants be awarded costs of suit; and

4.     That Defendants be awarded such other and further relief as the Court may deem just and proper, including an award of attorney fees pursuant to 42 U.S.C. § 1988.


DATED:  November 19, 2015          COLLINS COLLINS MUIR + STEWART LLP


By: _____
          MEGAN K. LIEBER
          TOMAS A. GUTERRES
          CHRISTIE BODNAR SWISS
          Attorneys for Defendants,
          COUNTY OF LOS ANGELES; TARA
          ANDERSON; JANET JACKSON;
          LIZABETH BONETT; NORA SALINAS;
          VEALETTA RANKIN; LA SHEA
          BAKER; LIZA MUTIS; MARC

**Collins Collins Muir + Stewart LLP**
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax      (626) 243-1111

19301

27

**ANSWER TO FIRST AMENDED COMPLAINT**

1      WILLIAMS; NATALIE OSTER; JUDITH

2      THOMAS; DEPUTY JOHN M.

3      DEMPSEY; DEPUTY CHARLES DANA; and DEPUTY ROBERT CLAUS

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone   (626) 243-1100
Fax       (626) 243-1111

19301

28
**ANSWER TO FIRST AMENDED COMPLAINT**

## **DEMAND FOR JURY TRIAL**

DEFENDANTS hereby demand a trial by jury in this matter as provided by Rule 38(a) of the Federal Rules of Civil Procedure.

DATED:  November 19, 2015          COLLINS COLLINS MUIR + STEWART LLP


By:  _____
     MEGAN K. LIEBER
     TOMAS A. GUTERRES
     CHRISTIE BODNAR SWISS
     Attorneys for Defendants,
     COUNTY OF LOS ANGELES; TARA
     ANDERSON; JANET JACKSON;
     LIZABETH BONETT; NORA SALINAS;
     VEALETTA RANKIN; LA SHEA
     BAKER; LIZA MUTIS; MARC
     WILLIAMS; NATALIE OSTER; JUDITH
     THOMAS; DEPUTY JOHN M.
     DEMPSEY; DEPUTY CHARLES
     DANA; and DEPUTY ROBERT CLAUS

**Collins Collins Muir + Stewart** LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax  (626) 243-1111

19301

29

**ANSWER TO FIRST AMENDED COMPLAINT**