UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   CV-15-5028-SVW (KSx)                                              Date: May 12, 2016

Title   *Amanda Anderson et al. v. County of Los Angeles, et al*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Roxanne Horan-Walker | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER RE: OBJECTION OF NON-PARTY SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES TO "ORDER FOR RELEASE OF JUVENILE COURT RECORDS AND INFORMATION"**

On April 1, 2016, the parties filed a Stipulation re: Juvenile Court Case Files and Proposed Protective Order ("Stipulation"). (ECF No. 43.)  The Stipulation requested that this Court order the Clerk of the Los Angeles County Superior Court, juvenile dependency division, to produce certain information contained in the Superior Court's files in juvenile dependency cases involving minors TS (case No. DK05793); KA (case no. DK05795); AA (case no. LK04183); and AR (case no. KD05794).  (*Id.*)  On April 14, 2016, the undersigned United States Magistrate Judge issued an Order for Release of Juvenile Court Records and Information ("Order for Release") (ECF No. 44) and granted the request for a Protective Order (ECF No. 45).

On May 6, 2016, non-party Superior Court of California, County of Los Angeles, through its counsel, filed an Objection to the Order for Release ("Objection"). (ECF No. 53.) The Objection indicates that in seeking the Order for Release, the parties failed to first comply with the requirements of California Welfare & Institutions Code § 827 with respect to minors AA and AR, which requires notice and an opportunity to object before any juvenile court records are released. (Objection at 5.)  Notwithstanding the Order for Release,  absent evidence of compliance with § 827, the Superior Court is precluded from disclosing any records for minors AA and AR.[1]

---

[1] The Objection notes that the appropriate petition under § 827 was filed in the Superior Court with regard to minors TS and KA.  (Objection at 2.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   CV-15-5028-SVW (KSx)                              Date: May 12, 2016

Title   *Amanda Anderson et al. v. County of Los Angeles, et al*

 

     Accordingly, if the parties still wish to obtain juvenile dependency records with respect to minors AA and AR, they are ordered to comply with the requirements of California Welfare & Institutions Code § 827 and submit the requisite petition in the Superior Court.

cc:  Judge Stephen V. Wilson
     Sarah L. Overton, Counsel to non-party Superior Court of California,
       County of Los Angeles (via U.S. mail & email soverton@cmda-law.com)

 

                                                                                                                      :
**Initials of Preparer**   rhw